UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBIN L. MORTON**,　　　　　　　　　　　　　Case No. 6:15-cv-00080-KI

　　　　　Plaintiff,　　　　　　　　　　　　　　JUDGMENT

　　v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,

　　　　　Defendant.

　　Drew L. Johnson
　　170 Valley River Dr.
　　Eugene, OR 97401

　　John E. Haapala, Jr.
　　401 E. 10th Ave., Ste. 240
　　Eugene, OR 97401

　　　　　Attorneys for Plaintiff

　　Billy J. Williams
　　Acting United States Attorney
　　Janice E. Hebert

Assistant United States Attorney
1000 S.W. Third Ave., Ste. 600
Portland, OR 97201-2902

Jeffrey E. Staples
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   9th   day of December, 2015.

             /s/ Garr M. King
            Garr M. King
            United States District Judge